### 13179.  FLETCHER v. THE STATE.

BROYLES, C. J.  1.  The amendment to the motion for a new trial is not referred to in the brief of counsel for the plaintiff in error, and therefore is treated as abandoned.

2. The defendant's conviction was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED FEBRUARY 14, 1922.

Indictment for larceny after trust; from Fulton superior court — Judge Humphries. September 3, 1921.

*Fred E. Harrison,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.